■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID DELVALLE, Appellant. [851 NYS2d 897]—Judgments,

Supreme Court, Bronx County (Seth Marvin, J.), rendered on or about March 31, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Nardelli, Williams and McGuire, JJ.